# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

YVONNE ALSTON, an individual;
CANDACE ALSTON, an individual;
THOMAS ALSTON, an individual; on behalf of
themselves and all others similarly situated;
   Plaintiffs,

vs.

BANK OF AMERICA, NATL ASSOC.; CAPITAL ONE, NATL ASSOC.; TRANSUNION, LLC; and
   Defendants.

CASE NO. 8:16-cv-00491-GJH

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

 Sole remaining Plaintiff Candace Alston, *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

              Respectfully submitted,

Date: __06/27/17_____

         *Candace Alston (w/ consent)*
         Candace Alston
         10012 Cedar Hollow Lane
         Largo, MD 20774

         *Pro Se Plaintiff*

      */s/ Justin T. Walton*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Justin T. Walton, Esq. (805959)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com
        jwalton@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*


H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail: hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of June 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of June, 2017**, properly addressed as follows:

| **Pro Se Plaintiffs**<br>Candace Alston<br>10012 Cedarhollow Lane<br>Largo, MD  20774 | |
|---|---|

/s/      Justin T. Walton
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Justin T. Walton, Esq. (805959)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com
         jwalton@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*