# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND (GREENBELT)

YVONNE ALSTON, an individual;
CANDACE ALSTON, an individual;
THOMAS ALSTON, an individual; on behalf of themselves and all others similarly situated;
    Plaintiffs,

vs.

BANK OF AMERICA, NATL ASSOC.; CAPITAL ONE, NATL ASSOC.; TRANSUNION, LLC; and
    Defendants.

CASE NO. 8:16-cv-00491-GJH

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Candace Alston, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Candace Alston against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Candace Alston and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: June 28, 2017

/S/
JUDGE, United States District Court,
District of Maryland
Judge G. Hazel